UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1390
(5:13-cv-00852-BO)

IT CONVERGENCE

    Plaintiff - Appellant

v.

MOONRACER, INC., d/b/a Synaptis

    Defendant - Appellee

MOTION TO DISMISS

The undersigned hereby moves that the above appeal be dismissed upon such terms as have been agreed to by the parties. FRAP 42(b). Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.

*Brenda Coleman* (signature)

Brenda Coleman
Counsel for Appellant

This is to certify that I have this day electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will serve as notification of such filing on the following:

Kevin M. Ceglowski
kceglowski@poynerspruill.com
Andrew H. Erteschik
aerteschik@poynerspruill.com
POYNER SPRUILL LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: (919) 783-6400
Fax: (919) 783-1075
Counsel for Plaintiff and Counter-Claim Defendant

This 27th day of July, 2015.

**LAYFIELD & WALLACE, APC**

By: /s/ Brenda Coleman
Brenda Coleman
brenda@layfieldwallace.com
9170 Irvine Center Drive, Suite 100
Irvine, CA 92618
Telephone: (949) 202-5511
Facsimile: (800) 644-9861
Attorney for Appellants IT Convergence and Jordan N. Collard